# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MELANIE HIRST,<br><br>    Plaintiff,<br><br>v.<br><br>LAW SCHOOL ADMISSION COUNCIL, INC.,<br><br>    Defendant. | 2:11-cv-00931-GMN-LRL<br><br>**MINUTE ORDER**<br><br>Dated: June 9, 2011 |

PRESENT:  THE HONORABLE LAWRENCE R. LEAVITT, United States Magistrate Judge

JUDICIAL ASSISTANT: Carol DePino   RECORDER: None

COUNSEL FOR PLAINTIFF: None Appearing

COUNSEL FOR DEFENDANT: Jane E. Leopold-Leventhal

COUNSEL FOR NON-PARTY DEPONENT: Nathan Neely in proper person

PROCEEDING: Telephonic Hearing on Mr. Neely's Motion of Nonparty to Quash Subpoena (#1)

  The court is advised that defendant and Mr. Neely have agreed to postpone Mr. Neely's deposition until Tuesday, June 28, 2011, at 1:30 p.m. Mr. Neely has agreed to answer questions that are within the scope of inquiry as defined by Ms. Leopold-Leventhal.

  IT IS THEREFORE ORDERED that the Motion of Nonparty to Quash Subpoena (#1) is denied as moot.

*/s/ Leavitt*

**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**